# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMO TRUST, GMO ALPHA ONLY FUND, GMO BENCHMARK FREE FUND, GMO IMPLEMENTATION FUND, GMO DEVELOPED WORLD STOCK FUND, GMO INTERNATIONAL LARGE/MID CAP EQUITY FUND, GMO INTERNATIONAL EQUITY FUND, GMO TAX-MANAGED INTERNATIONAL EQUITIES FUND, GMO FUNDS PLC, GMO GLOBAL EQUITY ALLOCATION INVESTMENT FUND, GMO WORLD EQUITY ALLOCATION INVESTMENT FUND PLC, GMO GLOBAL REAL RETURN (UCITS) FUND, GMO OFFSHORE MASTER PORTFOLIOS II LTD., GMO EVENT-DRIVEN MASTER PORTFOLIO, GMO GLOBAL EQUITY TRUST, GMO MASTER PORTFOLIOS (ONSHORE), L.P., GMO MEAN REVERSION FUND (ONSHORE), GMO TAX-MANAGED GLOBAL BALANCED PORTFOLIO, GMO MEAN REVERSION SPECIAL SOLUTION FUND, L.P., BRAHMAN PARTNERS II, L.P., BRAHMAN PARTNERS III, L.P., BRAHMAN PARTNERS II OFFSHORE, LTD., BRAHMAN INSTITUTIONAL PARTNERS, L.P., BRAHMAN C.P.F. PARTNERS, L.P., BRAHMAN PARTNERS IV, L.P., BRAHMAN PARTNERS IV (CAYMAN), LTD., BH INVESTMENTS FUND, L.L.C., EAST 71, LTD., VALIC COMPANY I, VALIC COMPANY II, SUNAMERICA SERIES TRUST, SEASONS SERIES TRUST, DISCOVERY GLOBAL CITIZENS MASTER FUND, LTD., DISCOVERY GLOBAL FOCUS MASTER FUND, LTD., DISCOVERY GLOBAL MACRO MASTER FUND, LTD., DISCOVERY GLOBAL OPPORTUNITY MASTER FUND, LTD., MSD TORCHLIGHT PARTNERS, L.P., MSD TORCHLIGHT PARTNERS (MM), L.P., INCLINE GLOBAL MASTER LP, INCLINE GLOBAL ELS LP, OKUMUS OPPORTUNISTIC VALUE COMPANY LTD., MAPLES LIQUIDATION SERVICES LIMITED AS VOLUNTARY LIQUIDATOR OF MAVERICK NEUTRAL LEVERED FUND, LTD., MAVERICK CAPITAL LTD., AS ASSIGNEE OF MAVERICK FUND, L.D.C. AND MAVERICK SELECT FUND, LTD., MAVERICK FUND II, LTD., MAVERICK LONG ENHANCED FUND, LTD., MAVERICK LONG FUND, LTD., MAVERICK FUND USA, LTD., | Civil Action No. 3:22-cv-01823<br><br>Removed From:<br>Superior Court of New Jersey<br>Chancery Division<br>Somerset County<br><br>State Court Dkt. No. SOM-C-12010-22 |

| |
|---|
| PACIFIC SELECT FUND, PACIFIC FUNDS SERIES TRUST, STICHTING BEDRIJFSTAKPENSIOENFONDS VOOR HET SCHILDERS-AFWERKINGSEN GLASZETBEDRIJF, STICHTING PGGM DEPOSITARY, USAA MUTUAL FUNDS TRUST, INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH, GIC PRIVATE LTD., 2012 DYNASTY UC LLC, FLINN INVESTMENTS, LLC, LAWRENCE FLINN, JR. 1975 TRUST FBO ADRIANE S. FLINN, LAWRENCE FLINN, JR. 1975 TRUST FBO LAWRENCE FLINN III, LFJR 2010 GRAT REMAINDER TRUST, LFJR 2012 DYNASTY LLC - SERIES A, LAWRENCE FLINN, JR. 1975 TRUST FBO MARION FLINN MOULTON, STEPHANIE AND LAWRENCE FLINN, JR. CHARITABLE TRUST, and STEPHANIE S. FLINN MASTER PARTNERSHIP<br><br>                    Plaintiffs,<br><br>                    v.<br><br>BAUSCH HEALTH COMPANIES INC. and BAUSCH + LOMB CORPORATION,<br>                  Defendants. |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on March 24, 2022, the above-captioned Plaintiffs filed a Complaint in the Superior Court of State of New Jersey, Chancery Division, Somerset County (the "Action"), against Bausch Health Companies Inc. (f/k/a Valeant Pharmaceuticals International, Inc.) ("Bausch Health") and Bausch + Lomb Corporation ("Bausch + Lomb and, collectively with Bausch Health, "Defendants") for a declaratory judgment, pursuant to N.J.S.A. 2A:16-53, that (i) transfers made in connection with Bausch Health's corporate spin-off of its vision health assets to Bausch + Lomb are voidable as fraudulent transfers under the New Jersey Voidable Transactions Act, N.J.S.A. 25:2-20 *et seq*. and (ii) Bausch + Lomb remains liable for the amount of any

judgment they obtain against Bausch Health in the coordinated federal securities litigation pending before this Court;

WHEREAS, on March 31, 2022, Defendants filed a Notice of Removal removing the Action to this Court pursuant to 28 U.S.C. § 1446, based on the Securities Litigation Uniform Standards Act ("SLUSA");

WHEREAS, Defendants filed their Notice of Removal prior to being served with process;

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") have met and conferred concerning the orderly and efficient administration of the Action;

WHEREAS, Defendants have agreed to accept service of process through counsel;

WHEREAS, Plaintiffs have informed Defendants that they intend to file with this Court a Motion to Remand the Action to the New Jersey Superior Court pursuant to 28 U.S.C. § 1447 and the remand provision of SLUSA, 15 U.S.C. § 78bb(f)(3)(D), and Defendants have informed Plaintiffs that they intend to oppose such motion;

WHEREAS, the Parties agree that the interests of judicial efficiency and the Parties will be best served by agreeing to a briefing schedule governing the Motion to Remand, and by agreeing that no answer or other response to the Complaint is required until after resolution of Plaintiffs' Motion to Remand;

NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and agree, as follows:

1. By entering into this stipulation, Defendants accept service of process in this Action and expressly preserve all rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of process and the sufficiency of process.

judgment they obtain against Bausch Health in the coordinated federal securities litigation pending before this Court;

WHEREAS, on March 31, 2022, Defendants filed a Notice of Removal removing the Action to this Court pursuant to 28 U.S.C. § 1446, based on the Securities Litigation Uniform Standards Act ("SLUSA");

WHEREAS, Defendants filed their Notice of Removal prior to being served with process;

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") have met and conferred concerning the orderly and efficient administration of the Action;

WHEREAS, Defendants have agreed to accept service of process through counsel;

WHEREAS, Plaintiffs have informed Defendants that they intend to file with this Court a Motion to Remand the Action to the New Jersey Superior Court pursuant to 28 U.S.C. § 1447 and the remand provision of SLUSA, 15 U.S.C. § 78bb(f)(3)(D), and Defendants have informed Plaintiffs that they intend to oppose such motion;

WHEREAS, the Parties agree that the interests of judicial efficiency and the Parties will be best served by agreeing to a briefing schedule governing the Motion to Remand, and by agreeing that no answer or other response to the Complaint is required until after resolution of Plaintiffs' Motion to Remand;

NOW, THEREFORE, the Parties, through their undersigned counsel, stipulate and agree, as follows:

1. By entering into this stipulation, Defendants accept service of process in this Action and expressly preserve all rights, claims, and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense to the sufficiency of service of process and the sufficiency of process.

2. Plaintiffs shall file and serve their Motion to Remand and supporting papers on or before April 29, 2022.

3. Defendants shall file and serve their papers in opposition to Plaintiffs' Motion to Remand on or before May 20, 2022.

4. Plaintiffs shall file and serve their reply papers in further support of their Motion to Remand, if any, on or before June 3, 2022.

5. With the Court's permission, responses to the Complaint in the Action shall not be filed with this Court, if at all, until after the resolution of Plaintiffs' Motion to Remand. For avoidance of doubt, the Parties stipulate and agree that Defendants are under no current obligation to answer or otherwise respond to the Complaint in the Action.

6. If the Motion to Remand is granted, Defendants will not be required to file responses to the Complaint in the Action in this Court and the Action will proceed in the New Jersey Superior Court. For the purpose of responding to the Complaint in the event the Action is remanded to the New Jersey Superior Court, the Parties agree, subject to further orders of that Court, that the Complaint shall be deemed to have been timely served on the date the Action is remanded to that Court.

7. If the Motion to Remand is denied, no more than ten (10) days after the resolution of Plaintiffs' Motion to Remand, counsel for Plaintiffs and Defendants shall meet and confer regarding further proceedings in the Action.

Dated: April 13, 2022

-5-

| **ROLNICK KRAMER SADIGHI LLP** | **McCARTER & ENGLISH LLP** |
|---|---|
| By: /s/ Lawrence M. Rolnick | By: /s/ Matthew A. Sklar |

| | |
|---|---|
| Lawrence M. Rolnick | Matthew A. Sklar |
| Marc B. Kramer | Omar A. Bareentto |
| Sheila A. Sadighi | 100 Mulberry Street |
| Michael J. Hampson | Newark, NJ 07102 |
| 1251 Avenue of the Americas | Phone: (973) 622-4444 |
| New York, New York 10020 | Fax: (973) 624-7070 |
| Tel: 212.597.2800 | msklar@mccarter.com |
| Fax: 212.597.2801 | obareentto@mccarter.com |
| lrolnick@rksllp.com | |
| mkramer@rksllp.com | Jonathan K. Youngwood |
| ssadighi@rksllp.com | (*pro hac vice* in No. 3:15-cv-07658) |
| mhampson@rksllp.com | Craig S. Waldman |
| | (*pro hac vice* in No. 3:15-cv-07658) |
| *Counsel for GMO Plaintiffs, Brahman Plaintiffs, SAAMCo Plaintiffs, Discovery Plaintiffs, MSD Plaintiffs, and Incline Plaintiffs* | SIMPSON THACHER & BARTLETT LLP |
| | 425 Lexington Avenue |
| | New York, NY 10017 |
| | Phone: (212) 455-2000 |
| | Fax: (212) 455-2502 |
| | jyoungwood@stblaw.com |
| | cwaldman@stblaw.com |
| | |
| | *Counsel for Defendants* |

**FLEISCHMAN BONNER & ROCCO LLP**

By:  */s/ Patrick L. Rocco*
Patrick L. Rocco
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Tel: 908.516.2045
Fax: 908.516.2049
procco@fbrllp.com

**DIETRICH SIBEN THORPE LLP**

Matthew P. Siben*
2292 Faraday Ave., Suite 100
Carlsbad, CA 92008
Tel: 310.300.8450
Fax: 310.300.8401
matthew@dstlegal.com

David A. Thorpe*
Shawn M. Hays*
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Tel. 310.300.8450
Fax 310.300-8401
david@dstlegal.com

*pro hac vice* forthcoming

*Counsel for Plaintiff Okumus*

**KIRBY McINERNEY LLP**

By:  */s/ Patrick L. Rocco*
Karen M. Lerner
Daniel Hume*
Ira M. Press*
Meghan J. Summers*
250 Park Avenue, Suite 820
New York, NY 10177
Tel: 212.371.6600
Fax: 212.751.2540
klerner@kmllp.com
dhume@kmllp.com
ipress@kmllp.com
msummers@kmllp.com

Mark A. Strauss, Esq.*
**MARK A. STRAUSS LAW, PLLC**
555 Madison Avenue, 5th Flr.
New York, NY 10022
Tel: 212.729.9496
Fax: 212.202.6443
mark.strauss@markastrausslaw.com

**pro hac vice* forthcoming

*Counsel for Maverick Plaintiffs*


**GRANT & EISENHOFER P.A.**

By:  */s/ Jeffrey A. Almeida*
Jeffrey A. Almeida
Daniel Berger*
Caitlin Moyna*
123 Justison Street
Wilmington, DE 19801
Tel: 302.622.7000

*\*pro hac vice* forthcoming

*Counsel for Plaintiff PGGM, Plaintiff Schilders, the Pacific Funds Plaintiffs, Plaintiff USAA, Plaintiff INKA, and Plainitiff GIC*


**KASOWITZ BENSON TORRES LLP**

By:  */s/ Stephen W. Tountas*
Stephen W. Tountas
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: 212.506.1739
Fax: 973.643.2030
stountas@kasowitz.com

**MOTLEY RICE LLC**

Serena P. Hallowell*
777 Third Ave.
New York, NY 10017
Tel: 212.577.0040
Fax: 843.216.9450
shallowell@motleyrice.com

**LABATON SUCHAROW LLP**

Thomas G. Hoffman*
Michael P. Canty*
140 Broadway
New York, NY 10005
Tel: 212.907.0700
Fax: 212.818.0477
thoffman@labaton.com
mcanty@labaton.com

*pro hac vice* forthcoming

*Counsel for the Privet Plaintiffs*

**SO ORDERED** this _____ day of _____, 2022.

_____
Hon. Judge Michael A. Shipp, U.S.D.J