August 29, 2022

VIA ECF

Hon. Michael A. Shipp, U.S.D.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *GMO Trust, et al. v. Bausch Health Companies Inc.*
        *Civil Action No. 3:22-cv-01823*

Dear Judge Shipp:

We write to briefly respond to and correct some highly misleading statements in Defendant Bausch Health's August 25, 2022 letter to Your Honor (ECF No. 13).

*First*, Bausch Health asserts that Plaintiffs need not worry about the collectability of their judgments because Bausch Health has "billions of dollars in equity value." Bausch Health's current "equity value" based on the total trading value of its outstanding shares is less than $2 billion. The damages on the claims advanced by Plaintiffs are more than $3 billion and the damages of the entire opt-out group are more than $4 billion. Accordingly, the situation could not be more worrisome.

To make matters worse, the value of Bausch Health *includes* its controlling share of Bausch + Lomb, which Bausch Health is proposing to dividend to existing shareholders and put out of the reach of potential judgment creditors. Further, the company has more than $20 billion in debt, some of which is trading around 40 cents on the dollar. The loss of the Xifaxan patent litigation has rendered Bausch Health's already precarious financial situation even more tenuous. And, as noted in Plaintiffs' August 23, 2022 letter to Your Honor (ECF No. 12), last week Bausch Health announced that it has retained as advisers two firms specializing in bankruptcy restructurings. Thus, far from being baseless, Plaintiffs' assertions that the spin-off impedes their ability to enforce a judgment and that the Xifaxan patent loss has pushed Bausch Health into a deepening insolvency are based on indisputable facts. Plaintiffs' state law fraudulent conveyance action seeks to take advantage of a prophylactic state law meant to aid potential judgment creditors. It must be allowed to proceed in order to protect Plaintiffs' ability to collect on any judgments entered by this Court with respect to their federal securities fraud claims.

*Second*, Bausch Health contends that Plaintiffs' August 23 letter was a "tactical . . . effort to use state court litigation to bolster Plaintiffs' settlement leverage." Bausch Health knows that statement is false because Plaintiffs are not in settlement discussions with Bausch Health and fully expect that trial will be required to resolve their federal securities fraud claims. The only way to resolve Plaintiffs' claims is for the Court to order a speedy trial and expeditiously remand the fraudulent conveyance claim to state court so that any judgments ultimately rendered can be enforced.

Hon. Michael A. Shipp, U.S.D.J.                                                    Page 2
August 29, 2022


Respectfully submitted,                         **ROLNICK KRAMER SADIGHI LLP**

                                                By:   _s/ Lawrence M. Rolnick_
                                                      Lawrence M. Rolnick
                                                      Marc B. Kramer
                                                      Sheila A. Sadighi
                                                      Michael J. Hampson
                                                      300 Executive Drive, Suite 275
                                                      West Orange, NJ  07052
                                                      Tel: 212.597.2800
                                                      Fax:  212.597.2801
                                                      lrolnick@rksllp.com
                                                      mkramer@rksllp.com
                                                      ssadighi@rksllp.com
                                                      mhampson@rksllp.com

                                                *Counsel for GMO Plaintiffs, Brahman*
                                                *Plaintiffs, SAAMCo Plaintiffs, Discovery*
                                                *Plaintiffs, MSD Plaintiffs, and Incline Plaintiffs*

Hon. Michael A. Shipp, U.S.D.J.                                              Page 3
August 29, 2022

**FLEISCHMAN BONNER & ROCCO LLP**

By:_____*s/ Patrick L. Rocco*
Patrick L. Rocco
447 Springfield Avenue, Second Floor
Summit, NJ 07901
Tel: 908.516.2045
Fax: 908.516.2049
procco@fbrllp.com

**DIETRICH SIBEN THORPE LLP**

Matthew P. Siben*
2292 Faraday Ave., Suite 100
Carlsbad, CA 92008
Tel: 310.300.8450
Fax: 310.300.8401
matthew@dstlegal.com

David A. Thorpe*
Shawn M. Hays*
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Tel. 310.300.8450
Fax 310.300.8401
david@dstlegal.com

*pro hac vice* forthcoming

*Counsel for Plaintiff Okumus*

**KIRBY McINERNEY LLP**

By:_____*s/ Karen M. Lerner*
Karen M. Lerner
Daniel Hume*
Ira M. Press*
Meghan J. Summers*
250 Park Avenue, Suite 820
New York, NY 10177
Tel: 212.371.6600
Fax: 212.751.2540
klerner@kmllp.com
dhume@kmllp.com
ipress@kmllp.com
msummers@kmllp.com

Mark A. Strauss, Esq.*
**MARK A. STRAUSS LAW, PLLC**
555 Madison Avenue, 5th Flr.
New York, NY 10022
Tel: 212.729.9496
Fax: 212.202.6443
mark.strauss@markastrausslaw.com

*pro hac vice* forthcoming

*Counsel for Maverick Plaintiffs*

Hon. Michael A. Shipp, U.S.D.J.                                                Page 4
August 29, 2022

**GRANT & EISENHOFER P.A.**

By: ___*s/ Jeffrey A. Almeida*___
Jeffrey A. Almeida
Daniel Berger*
Caitlin Moyna*
123 Justison Street
Wilmington, DE 19801
Tel: 302.622.7000

*pro hac vice forthcoming*

*Counsel for Plaintiff PGGM, Plaintiff
Schilders, the Pacific Funds Plaintiffs,
Plaintiff USAA, Plaintiff INKA, and
Plaintiff GIC*

**KASOWITZ BENSON TORRES LLP**

By:___*s/ Stephen W. Tountas*___
Stephen W. Tountas
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: 212.506.1739
Fax: 973.643.2030
stountas@kasowitz.com

**MOTLEY RICE LLC**

Serena P. Hallowell*
777 Third Ave.
New York, NY 10017
Tel: 212.577.0040
Fax: 843.216.9450
shallowell@motleyrice.com

**LABATON SUCHAROW LLP**

Thomas G. Hoffman*
Michael P. Canty*
140 Broadway
New York, NY 10005
Tel: 212.907.0700
Fax: 212.818.0477
thoffman@labaton.com
mcanty@labaton.com

*pro hac vice forthcoming*

*Counsel for the Privet Plaintiffs*

cc:  All Counsel of Record (via ECF)